**GRIGSBY v. COMMONWEALTH.**

Court of Appeals of Kentucky.

June 14, 1949.

Robertson & James for movant.

A. E. Funk, Attorney General, and William F. Simpson, Assistant Attorney General, for opposed.

PER CURIAM.

Motion for an appeal from a judgment of the Daviess Circuit Court convicting movant of the crime of, assault and battery and fixing his punishment at confinement in the County Jail for 90 days and fine in the sum of $500.

The appeal is denied and the judgment is affirmed.